1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8   WOODINVIEW OWNERS ASSOCIATION, a
9   Washington non-profit corporation,

                        Plaintiff,
10  v.

11  COUNTRY CASUALTY INSURANCE
12  COMPANY, an Illinois Corporation; COUNTRY
    MUTUAL INSURANCE COMPANY, an Illinois
13  Corporation; and DOE INSURANCE
14  COMPANIES 1–10,

15                      Defendants.

NO.

COMPLAINT FOR DECLARATORY
RELIEF, BAD FAITH, CONSUMER
PROTECTION ACT VIOLATIONS, AND
DAMAGES

JURY DEMAND

16      Plaintiff Woodinview Owners Association (the "Association") alleges as follows:

17                          I.      **INTRODUCTION**

18  1.1      This is an action for declaratory judgment, bad faith violations, Consumer Protection Act

19  ("CPA") violations, and money damages seeking:

20          (A)      A declaration of the rights, duties and liabilities of the parties with respect to certain

21  controverted issues under Defendants Country Casualty Insurance Company and Country Mutual

22  Insurance Company (collectively "Country") insurance policies issued to the Association. The

23  Association is seeking a ruling that: (1) Country's policies provide coverage for the hidden damage

24  at the Woodinview Condominium property; and (2) Country is liable for money damages for the

25  cost of repairing hidden damage at the Woodinview Condominium property.

26          (B)      Damages for bad faith and violations of the CPA against Country.

27

COMPLAINT FOR DECLARATORY RELIEF, BAD          STEIN, SUDWEEKS & STEIN, PLLC
FAITH, CONSUMER PROTECTION ACT                 16400 SOUTHCENTER PKWY., SUITE 410
VIOLATIONS, AND DAMAGES - 1                    TUKWILA, WA 98188
                                               PHONE 206.388.0660 FAX 206.286.2660

(C)     Attorneys' fees and costs (including expert witness fees) against Country.

(D)     Any other relief the Court deems just and equitable.

## II.    PARTIES AND INSURANCE CONTRACTS

2.1    <u>The Association</u>. The Association is a nonprofit corporation organized under the laws of the state of Washington with its principal place of business located in Bothell, Washington. The Association is organized under the laws of the State of Washington. The Association has the duty to maintain the common elements and any limited common elements of the Woodinview Condominium property for the common enjoyment of the unit owners. The Woodinview Condominium property consists of twenty (20) buildings with one hundred thirty one (131) residential units located in Bothell, King County, Washington.

2.2    <u>Country Casualty</u>. Country Casualty Insurance Company ("Country Casualty") is an Illinois domiciled insurer with its principal place of business in Bloomington, Illinois. Country Casualty is registered and authorized to sell insurance in Washington. Country Casualty sold property insurance policies to the Association, including Policy Nos. WA0200212753-00 (in effect from at least 01/01/2018 to 01/01/2019) and WA0200212753-01 (in effect from at least 01/01/2019 to 01/01/2020). Country Casualty's policies identify the Woodinview Condominium property as covered property. The Association is seeking coverage under all Country Casualty policies issued to the Association or covering the Woodinview Condominium property at any time.

2.3    <u>Country Mutual.</u>  Holyoke Mutual Insurance Company in Salem ("Holyoke Mutual") sold property insurance Policy No. WA0200137086-00 (in effect from at least 01/01/2016 to 01/01/2017), which identified the Woodinview Condominium property as covered property, to the Association. Effective December 31, 2016, Holyoke Mutual merged with Country Mutual Insurance Company ("Country Mutual"), and, as a result, Country Mutual is the successor in interest to Holyoke Mutual and is liable for all policies issued to the Association by Holyoke Mutual. Country Mutual is an Illinois domiciled insurer with its principal place of business in Bloomington, Illinois. Country Mutual is registered and authorized to sell insurance in Washington. Country Mutual Insurance

COMPLAINT FOR DECLARATORY RELIEF, BAD
FAITH, CONSUMER PROTECTION ACT
VIOLATIONS, AND DAMAGES - 2

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

Company and Holyoke Mutual Insurance Company in Salem are hereinafter collectively referred to as "Country Mutual." The Association is seeking coverage against any and all Country Mutual policies issued to the Association or covering the Woodinview Condominium property at any time.

2.4    Doe Insurance Companies 1–10.  Doe Insurance Companies 1–10 are currently unidentified entities who, on information and belief, sold insurance policies to the Association that identify the Woodinview Condominium property as covered property.

2.5    Woodinview Insurers.   Country and Doe Insurance Companies 1–10 shall be collectively referred to as the "Woodinview Insurers."

2.6    Woodinview Policies. The policies issued to the Association by the Woodinview Insurers shall be collectively referred to as the "Woodinview Policies."

### III.    JURISDICTION AND VENUE

3.1    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 (diversity jurisdiction) as the parties are completely diverse in citizenship and, as alleged below, the amount in controversy exceeds $75,000.

3.2    Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) as the Woodinview Insurers marketed and sold insurance to the Association in King County; a substantial part of the events giving rise to the claim occurred in King County; and the insured condominium building is located in King County.

### IV.    FACTS

4.1    Incorporation by Reference. The Association re-alleges the allegations of Paragraphs 1.1 through 3.2, above, as if fully set forth herein.

4.2    Tender to Country.  On August 18, 2023, the Association tendered an insurance claim to Country for hidden damage discovered by Evolution Architecture ("Evolution") during a recent limited intrusive investigation. As part of its claim tender, the Association asked Country to investigate for other hidden damage that may exist at the Woodinview Condominium property.

COMPLAINT FOR DECLARATORY RELIEF, BAD
FAITH, CONSUMER PROTECTION ACT
VIOLATIONS, AND DAMAGES - 3

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

4.3     In November 2024, the Association, including its experts at Amento Group ("Amento"), and the Association's historic insurance providers, including Country, conducted a joint intrusive investigation at the Woodinview Condominium property, which revealed property-wide hidden damage to the exterior building components including, but not limited to, the exterior weather-resistive barrier ("WRB"), sheathing and framing.

4.4     <u>Amento Report</u>. The Association understands from Amento that the hidden water damage at the Woodinview Condominium property has occurred incrementally and progressively, and some new loss or damage commenced during each Country policy period. Amento's reporting included a recommended scope of repair, which Charter Construction estimated would cost $10,447,368.00 to complete. This cost to repair the hidden damage at the Woodinview Condominium property is in excess of the jurisdictional limit of $75,000.

## V.    FIRST CLAIM AGAINST THE WOODINVIEW INSURERS FOR A DECLARATORY JUDGMENT THAT THE WOODINVIEW POLICIES PROVIDE COVERAGE

5.1     <u>Incorporation by Reference</u>. The Association re-alleges and incorporates by reference the allegations of Paragraphs 1.1 through 4.4, above, as if fully set forth herein.

5.2     <u>Declaratory Relief</u>. The Association seeks declaratory relief from the Court in the form of determinations regarding the following disputed issues:

(A)     That the Woodinview Policies cover the hidden damage to exterior WRB, sheathing, and framing at the Woodinview Condominium property.

(B)     No exclusions, conditions, or limitations bar coverage under the Woodinview Policies.

(C)     That the loss or damage to the Woodinview Condominium property was incremental and progressive. New damage commenced during each year of the Woodinview Policies.

COMPLAINT FOR DECLARATORY RELIEF, BAD FAITH, CONSUMER PROTECTION ACT VIOLATIONS, AND DAMAGES - 4

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

(D)    As a result, the Woodinview Policies cover the cost of investigating and repairing the exterior WRB, sheathing, and framing at the Woodinview Condominium.

## VI.    SECOND CLAIM AGAINST COUNTRY FOR INSURANCE BAD FAITH

6.1    Incorporation by Reference. The Association re-alleges and incorporates by reference the allegations of Paragraphs 1.1 through 5.2, above, as if fully set forth herein.

6.2    The business of insurance is one affected by the public interest, requiring that all persons be actuated by good faith, abstain from deception, and practice honesty and equity in all insurance matters. RCW 48.01.030. An insurer has a duty to act in good faith. This duty requires an insurer to deal fairly with its insured. The insurer must give equal consideration to its insured's interests and its own interests and must not engage in any action that demonstrates a greater concern for its own financial interests than its insured's financial risk. An insurer who does not deal fairly with its insured, or who does not give equal consideration to its insured's interests, fails to act in good faith.

6.3    Country initially entered into a tolling agreement with the Association. Country refused to extend its tolling agreement with the Association even though it had not issued its coverage determination. In failing to extend the tolling agreement with the Association, Country has violated Washington claim handling standards including, but not limited to, WAC 284-30-330(7): "[c]ompelling a first party claimant to initiate or submit to litigation, arbitration, or appraisal to recover amounts due under an insurance policy . . . ." On information and belief Country refused to extend the tolling agreement with the Association in an attempt to expire the contractual suit limitations provision in the Country policy, and its investigation of the Association's claim is completely illusory and pre-determined.

6.4    Country has an obligation to promptly come to a claims determination within 30 days pursuant to WAC 284-30-370. Country has breached this duty by failing to come to a coverage determination even though the Association submitted its claim approximately 24 months ago and has fully cooperated with Country's investigation. Country also has an obligation to fully disclose the coverage under its policy to the Association. Country has breached this duty by failing to

COMPLAINT FOR DECLARATORY RELIEF, BAD
FAITH, CONSUMER PROTECTION ACT
VIOLATIONS, AND DAMAGES - 5

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

acknowledge or disclose to the Association that: (1) weather conditions such as rain or wind-driven rain were one of the causes of the hidden damage at the Woodinview Condominium property; (2) weather conditions such as rain and wind-driven rain are covered causes of loss under its policy(s); (3) there is coverage under Country's policy(s) when damage results from the combination of rain and inadequate construction; and (4) there coverage under the resulting loss provision in Country's policy.

6.5    A violation, if any, of one or more of the Washington claim handling standards set forth below is a breach of the duty of good faith, an unfair method of competition, an unfair or deceptive act or practice in the business of insurance, and a breach of the insurance contract. Country's conduct violated Washington claim handling standards:

- Which require it to fully disclose all pertinent coverages.
- Which prohibit the practice of refusing to pay claims without conducting a reasonable investigation.
- Which require Country to provide a reasonable explanation of the relevant facts, law and policy language.
- Which require Country to adopt and implement reasonable standards for the prompt investigation of claims.
- Which require Country not to force its insured to initiate litigation to receive policy benefits.
- Which require Country to respond to the communications from its insured.

A violation of Washington claim handling procedures, including WAC 284-30-330(7), is a breach of the duty of good faith, an unfair method of competition, an unfair or deceptive act or practice in the business of insurance, and a breach of the insurance contract.

6.6    Country's actions and omissions, including but not limited to Country's refusal to extend the tolling agreement with the Association; Country's failure to come to a prompt coverage determination; and Country's failure to promptly acknowledge pertinent coverage under its policy, are unreasonable, unfounded, and frivolous under the circumstances and constitute a breach of

Country's duty of good faith. As a direct and proximate result of these breaches, the Association has been damaged in an amount to be proven at trial.

## VII. <u>THIRD CLAIM AGAINST COUNTRY FOR VIOLATIONS OF THE CONSUMER PROTECTION ACT</u>

7.1    The Association re-alleges and incorporates by reference Paragraphs 1.1 through 6.6, above, as if fully set forth herein.

7.2    Violations of Washington Administrative Code ("WAC") claims handling standards are per se CPA violations. On information and belief, the conduct of Country was deceptive, impacted the public, and had the capacity to deceive. The Association is a consumer. As a direct and proximate result of Country's violations, the Association has been damaged in an amount to be proven at trial. Under the CPA, the Association is entitled to damages, CPA penalties of up to $25,000 per violation, and attorneys' fees.

## VIII. <u>PRAYER FOR RELIEF</u>

WHEREFORE, the Association prays for judgment as follows:

8.1    <u>Declaratory Judgment Regarding Coverage</u>.  A declaratory judgment that the Woodinview Policies provide coverage as described herein and that money damages are owed by each of the Woodinview Insurers for the cost of investigating and repairing hidden damage at the Woodinview Condominium property in an amount to be proven at trial.

8.2    <u>Money Damages</u>. For money damages against the Woodinview Insurers in an amount to be proven at trial.

8.3    <u>Attorneys' Fees and Costs of Suit</u>. For reasonable attorneys' fees and costs (including expert fees) against Country. *See Olympic Steamship Co. v. Centennial Ins. Co.*, 117 Wn.2d 37, 811 P.2d 673 (1991), and RCW 48.30.015.

8.4    <u>CPA Penalties</u>.  For CPA penalties against Country of up to $25,000 per violation.

8.5    <u>Other Relief</u>.  For such other and further relief as the Court deems just and equitable.

1

## IX.    DEMAND FOR JURY TRIAL

2    9.1    Pursuant to Rule 38 of the Federal Rules of Civil Procedure, the Association demands trial

3    by jury in this action of all issues so triable.

4            DATED this 29th day of July, 2025.

5                                          **STEIN, SUDWEEKS & STEIN, PLLC**

6                                          /s/ *Jerry H. Stein*
                                           Jerry H. Stein, WSBA #27721
7                                          /s/ *Justin D. Sudweeks*
                                           Justin D. Sudweeks, WSBA #28755
8                                          /s/ *Daniel J. Stein*
                                           Daniel J. Stein, WSBA #48739
9                                          /s/ *Sandra M. Roettgering*
                                           Sandra M. Roettgering, WSBA #63193
10                                         16400 Southcenter Pkwy, Suite 410
                                           Tukwila, WA 98188
11                                         Email: jstein@condodefects.com
12                                              justin@condodefects.com
                                                dstein@condodefects.com
13                                              sandra@condodefects.com
                                           Telephone: (206) 388-0660
14                                         ***Attorneys for Plaintiff***

15

16

17

18

19

20

21

22

23

24

25

26

27

COMPLAINT FOR DECLARATORY RELIEF, BAD
FAITH, CONSUMER PROTECTION ACT
VIOLATIONS, AND DAMAGES - 8

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660