THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WOODINVIEW OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>COUNTRY CASUALTY INSURANCE COMPANY, an Illinois Corporation; COUNTRY MUTUAL INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>                    Defendants. | NO. 2:25-cv-01428-RSL<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS COUNTRY CASUALTY INSURANCE COMPANY AND COUNTRY MUTUAL INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS AND REQUEST THAT THE CASE BE CLOSED |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Woodinview Owners Association (the "Association") hereby dismisses its claims against Defendants Country Casualty Insurance Company and Country Mutual Insurance Company ("Defendants") without prejudice and without costs. Defendants have not served either an answer or a motion for summary judgment, and Fed. R. Civ. P. Rules 23(e), 23.1(c), 23.2 and 66 do not apply to this action. Accordingly, the Association may dismiss its claims against the Defendants without a court order pursuant to Fed. R. Civ. P. 41(a). As no other defendants remain in this lawsuit other than Doe Insurance Companies 1–10, which the Association also dismisses without prejudice and without costs, the Association asks that this case be closed.

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS COUNTRY CASUALTY INSURANCE COMPANY AND COUNTRY MUTUAL INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS AND REQUEST THAT THE CASE BE CLOSED (No. 2:25-cv-01428-RSL) - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

1     DATED this 17th day of October, 2025.

**STEIN, SUDWEEKS & STEIN, PLLC**

*/s/ Jerry H. Stein*
*/s/ Justin D. Sudweeks*
*/s/ Daniel J. Stein*
*/s/ Sandra M. Roettgering*
Jerry H. Stein, WSBA 27721
Justin D. Sudweeks, WSBA 28755
Daniel J. Stein, WSBA 48739
Sandra M. Roettgering, WSBA 63193
16400 Southcenter Pkwy, Suite 410
Tukwila, WA 98188
Email: jstein@condodefects.com
        justin@condodefects.com
        dstein@condodefects.com
        sandra@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660

***Attorneys for Plaintiff***

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS COUNTRY CASUALTY INSURANCE COMPANY AND COUNTRY MUTUAL INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS AND REQUEST THAT THE CASE BE CLOSED (No. 2:25-cv-01428-RSL) - 2

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660